IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN JACOBS,** | : | **CIVIL NO. 1:14-CV-0904** |
| Petitioner | : | |
| | : | **(Judge Rambo)** |
| v. | : | **(Magistrate Judge Schwab)** |
| **JOHN KERESTES,** *et al.*, | : | |
| Respondents | : | |

## O R D E R

Before the court is an October 14, 2014 report and recommendation of the magistrate judge to whom this matter is referred (Doc. 16).  Objections to the report and recommendation were due no later than October 31, 2014 and, to date, no objections have been filed.  Accordingly, upon independent review of the record and applicable law, **IT IS HEREBY ORDERED THAT:**

      1) The court adopts the report and recommendation of Magistrate Judge Schwab (Doc. 16).

      2) The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

      3) The Clerk of Court shall close the file.

      4) This court declines to issue a certificate of appealability.

                                                       s/Sylvia H. Rambo
                                                        United States District Judge

Dated: November 5, 2014.